UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WAYNE GOLDEN,

    Plaintiff,

  v.

PETE WILSON, et al.,

    Defendants.

Case No. 16-01516 EJD (PR)

**ORDER OF TRANSER**

Plaintiff, a state prisoner at the California Medical Facility ("CMF") in Vacaville, has filed a pro se complaint pursuant to 42 U.S.C. § 1983, against state officials whose offices are located in Sacramento. Because defendants reside in Sacramento County, and the acts complained of occurred in Solano County, both of which lie within the venue of the Eastern District of California, see 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: 7/21/2016

EDWARD J. DAVILA
United States District Judge

Order of Transfer
PRO-SE\EJD\CR.16\01516Golden_transfer (ED)